IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY CRAMER, | ) | No. C 07-00621 JW (PR) |
| | ) | |
| Petitioner, | ) | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| vs. | ) | |
| WILLIAM DUNCAN, Warden | ) | |
| | ) | (Docket No. 38) |
| Respondent. | ) | |
| | ) | |

Petitioner, a California state prisoner currently incarcerated at Salinas Valley State Prison, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 31, 2007, the petition was dismissed and judgment entered, and on September 18, 2007, petitioner filed a petition for a certificate of appealability pursuant to 28 U.S.C. § 2253© and Federal Rule of Appellate Procedure 22(b). In addition to being untimely, the petition does not show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." See Slack v.

Order of Dismissal
G:\PRO-SE\SJ.JW\HC.07\cramer00621_coa.wpd

1  McDaniel, 529 U.S. 473, 484 (2000).  Accordingly, the request for a certificate of
2  appealability is DENIED.
3      The Clerk shall forward this order, along with the case file, to the United
4  States Court of Appeals for the Ninth Circuit, from which petitioner also may seek a
5  certificate of appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th
6  Cir. 1997).
7      This order terminates Docket No. 38.

DATED:  October 12, 2007

JAMES WARE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JW\HC.07\cramer00621_coa.wpd        2